# UNITED STATES BANKRUPTCY COURT
### District of Kansas
### 167 United States Courthouse
### Wichita, KS 67202

*Judge Nugent*
*Bankruptcy Judge*

*March 5, 2019*

Edward Nazar, Hinkle Law Firm LLC, 1617 N Waterfront Parkway, Suite 400, Wichita, KS 67206-6639
Christopher Borniger, Office of the United States Trustee, 301 N. Main St, Suite 1150, Wichita, KS 67202

**In re: RADER LODGE INC; Case No. 19-10128-11;**

Dear Counsel:

The referenced case has been set for trial on a **2 day stacking docket, beginning on March 19, 2019 at 9:00 A.M.** This will serve as your reminder of the trial setting and that the following requirements must be met prior to the date of the trial.

1. **The Bankruptcy Clerk's office will be contacting you within a few days.** You should, however, contact the clerk's office if you have any information in regards to settlements or complications. The clerk's office must be informed at least **48 hours** prior to the commencement of the trial concerning an agreed journal entry of settlement. If a journal entry is not submitted within that time frame, you must appear to announce the settlement for the record.

2. Continuances will not be granted upon stipulation of counsel, but may be allowed upon timely motion and by order of the Court under exceptional circumstances for good cause shown. See U.S.D.C. Local Rule 6.1(b).

3. All exhibits must be copied, marked and listed on an exhibit sheet* prior to trial time in compliance with U.S. Bankr. Local Rule 9072.1. Exhibits should be placed in a 3-ring binder, each exhibit tabbed, and **multi-page exhibits shall be paginated**. The Court may decline to admit any exhibits not complying with the above.

*Note: Copies of all exhibits are required three (3) business days in advance of trial. The Court requires three (3) complete sets of copies. Additionally, one complete set must be provided for each party.*

4. Trial briefs may be submitted to the Court. All briefs must be submitted in accordance with the deadlines set out in the Pretrial Order or other order of the Court. Briefs must be submitted at least seventy-two (72) hours before the scheduled trial and served on opposing counsel.

**This trial is set on a stacking basis. You should contact Annette Albright, Erica Diamond or Marnie Bourbonnais prior to your trial date to ascertain the date and time your trial is expected to be heard.**

    Sincerely yours,

    s/ Robert E. Nugent
    Robert E. Nugent
    U.S. Bankruptcy Judge

*Note enclosure: Sample exhibit sheet
    Trial List#

# MISCELLANEOUS STACKING TRIALS
## Before Hon. Robert E. Nugent - Room 150, U.S. Courthouse
## MARCH 19, 2019 beginning at 9:00 a.m. and continuing until
## MARCH 20, 2019 beginning at 9:00 a.m. until concluded

*************************************************************************

**HARD SET FOR MARCH 20, 2019 AT 9:00 A.M.**

**SCHEPMANN**      **12**      **18-11771**      **1 HOUR**

**Issue: Confirmation of Chapter 12 Plan**
**Counsel: W. Thomas Gilman/Debtors; Carl Davis/Trustee;**
*************************************************************************

**RADER LODGE, INC**      **11**      **19-10128**      **½ DAY**

**Issue: United States Trustee's Emergency Motion to Dismiss and Response by Debtor**
**Counsel: Edward Nazar/Debtor; Christopher Borniger/United States Trustee**

**PROVOST**      **13**      **18-10594**      **1 HOUR**

**Issue: Confirmation of First Amended Chapter 13 Plan and Objection by Trustee and Wells Fargo Bank N.A.**
**Counsel: Jeffrey Willis/Debtors; Carl Davis/Trustee; Richard Beheler/Wells Fargo Bank N.A. dba Wells Fargo Dealer Services**

**BARLES**      **13**      **18-11527**      **1 HOUR**

**Issue: Confirmation of Chapter 13 Plan and Objections by Trustee**
**Counsel: William Zimmerman/Debtors; Carl Davis/Trustee;**

**FOSTER**      **13**      **18-11974**      **1 HOUR**

**Issue: Confirmation of Chapter 13 Plan and Objections by Trustee and 21st Mortgage Corporation;**
**Counsel: James McIntyre/Debtors; Carl Davis/Trustee; Sharon Stolte/21st Mortgage Corporation**

# EXHIBIT SHEET

**CASE NAME:** _____

**CASE NO:** _____

**ADVERSARY NO:** _____

**EXHIBITS SUBMITTED BY:**

_____ Attorney for: _____

**TRIAL DATE:** _____

| *NO.* | *DESCRIPTION* | *ID* | *OFF* | *ADM* | *DISPOSITION* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**NOTE:** **Plaintiffs or movants must use numerical symbols. Defendants or respondents must use alphabetical symbols. The Court requires three (3) complete sets of exhibits, three (3) days in advance of trial.**