Fill in this information to identify the case:

Debtor Name: Rader Lodge, Inc.

United States Bankruptcy Court for the: District of Kansas

Case number: 19-10128-11

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: Jan. 28 - Feb. 28

Date report filed: 03/25/2019 MM / DD / YYYY

Line of business: huntin

NAISC code:

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Rader lodge Inc.

Original signature of responsible party [signature]

Printed name of responsible party Jeff Rader

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name Rader Lodge, Inc. Case number 19-10128-11

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 5443.90

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ ~~24,552.75~~ 36,508.86

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 25,582.75

22. **Net cash flow** + $ 10,926.11

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ 5,443.90

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here. Utilities $ 1025.00

24. **Total payables**

(*Exhibit E*)

Utility Bill 1025

Debtor Name Rader Lodge, Inc. Case number 19-10128-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0

## 5. Employees

26. What was the number of employees when the case was filed? 1
27. What is the number of employees as of the date of this monthly report? 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $
30. How much have you paid this month in other professional fees? $ 205.00
31. How much have you paid in total other professional fees since filing the case? $

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | − | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | March $ 15,000 | − | $ | = | $ |
| 33. Cash disbursements | $ 10,200. | − | $ | = | $ |
| 34. Net cash flow | $ 4,900. | − | $ | = | $ |

35. Total projected cash receipts for the next month: $ 15,000
36. Total projected cash disbursements for the next month: - $ 10,000
37. Total projected net cash flow for the next month: = $ 5,000.00

Official Form 425C Monthly Operating Report for Small Business Under Chapter 11 page 3

Debtor Name Rader Lodge, Inc.

Case number 19-10128-11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☒ 39. Bank reconciliation reports for each account.
- ☒ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☒ 41. Budget, projection, or forecast reports.
- ☒ 42. Project, job costing, or work-in-progress reports.

exhibit D. Jan 29 - Feb. 28.

Check # 3558. (210). PFW. Investment. refund

card. 250.00 Barclays card. personal.

1111 900.00 wages to Jeff. wages

Debit $200 wages. wages

Debit 55.74 entertain guest. hunt

AC. 100.32 comcast office

ac. 500.00 repair on truck runs

Debit . 955.25 force pay, Lodge Ins. Insurance

Debit 1077.94. prairieland electric. power Bill

Debit. 48.27 Caseys. gas.

ac. 250.00 capital one. gas.

ac. 350.00 Barclays. - sportshow. sportshow

entertain client.

debit 12.54 entertain guest. Palomino golf. golf

debit 58.57 American Airlines management

debit 227.00 Direct T.V. Direct t.v.

AC. 288.74. Direct T.V. Heating

52.58. Caseys. sportshow.

AC. 300.00 capital one.

528.50 ? hunt.

3617. 380.81 midway coop.

wages.

debit 202.95. hearing in wichita

debit. 361.00 American airlines

debit 56.00 gas for hearing

Ach. 105.40. Cunningham telephone. been switched

Ach. - 200.00. personal cell phone

Ach. -250 cell phone usage.

exhibit D. Jan. 29 thru Feb. 28

Check 3557 (150) Ranier Juaneza — Room Cleaning.
3515 (350) Phil Mitchell — cooking help.
3408 (550) ~~bo~~ Jesse Wetzel — guiding
3554 (725). Solomon Valley Bank (pers) — truck payment
capital one. — gas.
1111 (500) Wages to Jeff — wages.
(200.97) Geico payment Ins. — truck.
(200) AC. Synchrony Bank — wages
($20) gas.
(53.26) personal to Jeff — wages.
(Debit 72.72) personal to Jeff — wages.
~~3557. (150.00) Ranier Juaneza.~~ — ~~cleaning lodge.~~
195.77. personal to Jeff — wages.
125.00 transfer to Jeff — wages
206.00 Cap one. — wages
350.00 Barclays. Adv. sportsman. — sports how.
3653. (1350.00) special T — Birds.
3652. (1500.00) special T — Birds
1111 (4000.00) Hunt priveledges. — Hunting
106.67 Progressive — Ins.
1111 725.00 Solomon Valley Bank.
Ach. 242.90 F.P.L.
Debit 202.50. Jeff personal — Jeff personal wages has been switched over to another form of payment
Debit 43.77 picture frame for client. — a picture frm
10.00. personal.
150.00 T.J. map — has been switched to personal. — fill deer feeders
3409. 206.00 Jesse Wetzel

Exhibit D

Check #

Ach. 350. sportshow expense Barclays — hunt
1250. Force pay debit. Hunt priveledge
Ach. 113.07 country club dues
3622 200.00 Jesse wetzel. (feed deer) hunt acct.
3541 205.00 Washington county fair. acct.
2972. 210.00 personal expense. Patron wilcoxen - dogs expenses wages
3168. 75.
debit. 103.95 wages.
Ach. 119.75 ~~sports & hunt~~ storage for sportshow equipment - ads
ach. $53.00 Dunston. (garbage) garbage
ach. 176.60. cell phone (Verizon). Verizon
✓ ach. nelson (219) loan payment ? not supposed to be ran ?
ach. 1031.25. refund on hunt.
3553 ~~355~~ 500.00. Wages. wage
ach. 93.99. Geico Ins
ach 200.00 wages. wages
ach, 288.00 sportshow hotel. wage
ach. 500.00 wage wage
500.00 wages
3169. $75 Dogs. Dogs.
3623 ~~[illegible]~~ 200 Jesse. — Deer & turkey feed wages
ach. 219.93. nfm.. wages.

785-738-3501
or Toll Free
888-738-8000

Statement Date: 01-31-19
Page #:1 of 9

GSB 1 RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

***** CHECKING *** BUSINESS E-CHECKING**

Enclosures 51

| | | | |
|---|---|---|---|
| Account Number: | [redacted]6063 | | |
| January 01, 2019 | | $ | 6,727.58 |
| Total Deposits and Credits: | 22 | + | 50,689.73 |
| Total Checks and Debits: | 120 | - | 53,757.88 |
| Ending balance on January 31, 2019 | | $ | 3,659.43 |
| Number of days in this statement period: 30 | | | |

- **ACH / ATM or Miscellaneous Transactions**

| Date | Description | Debits | Credits |
|---|---|---|---|
| 01/02 | WTHDRL DDA 8126 01/02 12:11<br>5/3 BK RACE TRAC NAPLES FL | 202.50 | |
| 01/02 | AC-GEICO -PREM COLL | 368.11 | |
| 01/02 | POS DEBIT 12/31<br>WAL-MART #5391 NAPLES FL | 181.80 | |
| 01/02 | CKCD DEBIT 01/01 PRICELINE*<br>EXTENDED ST 800-774-2354 CT | 269.52 | |
| 01/04 | AC-HEADWAYCAPITAL 2-HEADWAY | | 950.00 |
| 01/04 | AC-RADER LODGE INC -TRANSFERRA<br>DER LODGE/COMMERCE BANK | 125.00 | |
| 01/04 | AC-CAPITAL ONE -ONLINE PMT | 450.00 | |
| 01/04 | ACH ORIGINATION FEE [redacted]6063<br>TO EI-XXXXXXXXXXXX0000 | 10.00 | |
| 01/07 | AC-PROG DIRECT INS -INS PREM | 100.67 | |
| 01/07 | AC-TJX Rewards MC -TJX EPAY | 150.00 | |
| 01/07 | AC-RAY S APPLE MKT -PURCHASE<br>CITY-BELO ST-KS CK-000003511<br>NUMBER 0000003511 | 164.65 | |
| 01/07 | AC-CAPITAL ONE -MOBILE PMT | 200.00 | |
| 01/07 | AC-CAPITAL ONE -ONLINE PMT | 350.00 | |
| 01/08 | AC-Square Inc -190108P2 | | 3,060.60 |
| 01/08 | DEPOSIT | | 600.00 |
| 01/08 | OVERDRAFT FEES | 25.00 | |
| 01/08 | AC-Solstice -<br>SolsticeJEFF RADER | 41.35 | |
| 01/08 | AC-CAPITAL ONE -MOBILE PMT | 150.00 | |
| 01/08 | AC-FPL DIRECT DEBIT-ELEC PYMT | 263.57 | |
| 01/08 | AC-CAPITAL ONE -ONLINE PMT | 350.00 | |
| 01/09 | RETURNED CHECK # 00003512 | | 1,150.00 |
| 01/09 | AC-BARCLAYCARD US -CREDITCARD | 500.00 | |
| 01/09 | CKCD DEBIT 01/09 SXM*SIRIUS | 67.81 | |

2/14 03-13-2019 02:10:33 p.m. GUARANTY STATE BANK 785

Statement Date: 01-31-19
Page #:2 of 9

RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

## ACH / ATM or Miscellaneous Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| | XM.COM/ACCT 888-635-5144 NY | | |
| 01/10 | DEPOSIT | | 1,400.00 |
| 01/10 | RETURNED ITEM FEES | 25.00 | |
| 01/10 | AC-SEARS ONLINE -PAYMENT | 150.00 | |
| 01/10 | AC-ACHMA VISB -BILL PYMNT | 250.00 | |
| 01/10 | AC-CAPITAL ONE -ONLINE PMT | 500.00 | |
| 01/14 | AC-Square Inc -190114P2 | | 1,649.85 |
| 01/14 | AC-COMCAST 8535100 -410953942 | 100.32 | |
| 01/14 | AC-CAPITAL ONE -ONLINE PMT | 200.00 | |
| 01/14 | AC-DIRECTV -Payment | 221.54 | |
| 01/14 | AC-DISCOVER -E-PAYMENT | 250.00 | |
| 01/14 | AC-CAPITAL ONE -ONLINE PMT | 400.00 | |
| 01/14 | CKCD DEBIT 01/11 FLORIDA STATE GOLF ASS 813-632-3742 FL | 50.00 | |
| 01/14 | CKCD DEBIT 01/11 FLORIDA STATE GOLF ASS 813-632-3742 FL | 60.00 | |
| 01/14 | CKCD DEBIT 01/11 FLORIDA STATE GOLF ASS 813-632-3742 FL | 60.00 | |
| 01/14 | CKCD DEBIT 01/11 GLF*GC Am Tour 813-2632571 FL | 110.00 | |
| 01/14 | CKCD DEBIT 01/11 GLF*GC Am Tour 813-2632571 FL | 115.00 | |
| 01/14 | CKCD DEBIT 01/12 MIRACOMM R MAPS 18882246844 CY | 149.00 | |
| 01/15 | AC-Square Inc -190115P2 | | 82.35 |
| 01/15 | DEPOSIT | | 4,000.00 |
| 01/15 | AC-CAPITAL ONE -ONLINE PMT | 300.00 | |
| 01/15 | AC-BARCLAYCARD US -CREDITCARD | 500.00 | |
| 01/16 | AC-Square Inc -190116P2 | | 1,649.85 |
| 01/16 | POS DEBIT 01/15 CASEYS BELLEVILLE KS | 18.82 | |
| 01/16 | POS DEBIT 01/15 WM SUPERCENTER # CONCORDIA KS | 78.21 | |
| 01/16 | CKCD DEBIT 01/15 CENTRAL VALLEY09897174 GLEN ELDER KS | 78.28 | |
| 01/16 | CKCD DEBIT 01/15 3PLAINS 612-7162060 MN | 430.73 | |
| 01/17 | AC-WAL-MART STORES -PURCHASE CITY-CONC ST-KS CK-000003614 NUMBER 0000003614 | 23.53 | |
| 01/17 | AC-BELOIT COUNTRY C-DUES | 113.07 | |
| 01/17 | AC-Synchrony Bank -CC PYMT | 250.00 | |
| 01/17 | AC-CAPITAL ONE -ONLINE PMT | 350.00 | |
| 01/18 | AC-DISCOVER -E-PAYMENT | 700.00 | |
| 01/22 | DEPOSIT | | 11,301.74 |
| 01/22 | OVERDRAFT FEES | 50.00 | |

GUARANTY STATE BANK 785 3/14 03-13-2019 02:10:52 p.m.

Statement Date: 01-31-19
Page #:3 of 9

RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

## ACH / ATM or Miscellaneous Transactions

| Date | Description | | Debits | Credits |
|---|---|---|---|---|
| 01/22 | AC-CUNNINGHAMTELCO | -BILLPAY | 98.35 | |
| 01/22 | AC-Synchrony Bank | -CC PYMT | 100.00 | |
| 01/22 | AC-SEARS ONLINE | -PAYMENT | 150.00 | |
| 01/22 | AC-CAPITAL ONE | -MOBILE PMT | 150.00 | |
| 01/22 | AC-ACHMA VISB | -BILL PYMNT | 275.57 | |
| 01/22 | AC-CAPITAL ONE | -ONLINE PMT | 300.00 | |
| 01/23 | AC-Square Inc | -190123P2 | | 1,270.20 |
| 01/23 | DEPOSIT | | | 200.00 |
| 01/23 | STOP PAYMENT | | 40.00 | |
| 01/23 | AC-1872 Extra Space-PAYMENT | | 119.28 | |
| 01/23 | AC-CAPITAL ONE | -MOBILE PMT | 200.00 | |
| 01/24 | AC-Square Inc | -190124P2 | | 3,877.35 |
| 01/25 | AC-NCKCN PAYMENTNCKCN | - | 44.00 | |
| 01/25 | AC-DUNSTAN WASTE SO- PAYMENTDUNSTAN WASTE SOLUTIONS | | 53.00 | |
| 01/25 | AC-CAPITAL ONE | -ONLINE PMT | 100.00 | |
| 01/25 | AC-NCKCN PAYMENTNCKCN | - | 139.00 | |
| 01/25 | AC-NCKCN PAYMENTNCKCN | - | 219.00 | |
| 01/25 | AC-NCKCN PAYMENTNCKCN | - | 393.00 | |
| 01/28 | AC-Square Inc | -190128P2 | | 412.35 |
| 01/28 | AC-Square Inc | -190128P2 | | 2,969.55 |
| 01/28 | DEPOSIT | | | 1,300.00 |
| 01/28 | STOP PAYMENT | | 20.00 | |
| 01/28 | OVERDRAFT FEES | | 100.00 | |
| 01/28 | AC-WAL-MART STORES -PURCHASE CITY-CONC ST-KS CK-000003407 NUMBER 0000003407 | | 29.84 | |
| 01/28 | AC-MACYS | -ONLINE PMT | 150.00 | |
| 01/28 | AC-CAPITAL ONE | -MOBILE PMT | 150.00 | |
| 01/28 | AC-Synchrony Bank | -CC PYMT | 200.00 | |
| 01/28 | AC-BARCLAYCARD US | -CREDITCARD | 455.00 | |
| 01/28 | AC-HEADWAYCAPITAL | 1-HEADWAY | 716.94 | |
| 01/28 | AC-DISCOVER | -E-PAYMENT | 1,300.00 | |
| 01/28 | CKCD DEBIT 01/24 | CASEYS GEN STORE 2739 BELOIT KS | 73.63 | |
| 01/29 | AC-Square Inc | -190129P2 | | 1,649.70 |
| 01/29 | DEPOSIT | | | 716.94 |
| 01/29 | DEPOSIT | | | 3,650.00 |
| 01/29 | DEPOSIT | | | 4,500.00 |
| 01/29 | OVERDRAFT FEES | | 25.00 | |
| 01/29 | AC-NFM | -PAYMENT | 150.00 | |
| 01/29 | AC-CAPITAL ONE | -ONLINE PMT | 300.00 | |

GUARANTY STATE BANK 785 4/14 03-13-2019 02:11:11 p.m.

Statement Date: 01-31-19
Page #:4 of 9

RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

## • ACH / ATM or Miscellaneous Transactions

| Date | Description | | Debits | Credits |
|---|---|---|---|---|
| 01/29 | AC-CAPITAL ONE | -ONLINE PMT | 350.00 | |
| 01/30 | AC-Square Inc | -190130P2 | | 3,299.25 |
| 01/30 | DEPOSIT | | | 1,000.00 |
| 01/30 | AC-CAPITAL ONE | -MOBILE PMT | 200.00 | |
| 01/31 | AC-GEICO | -GEICO PYMT | 200.97 | |
| 01/31 | AC-BARCLAYCARD US | -CREDITCARD | 450.00 | |
| 01/31 | DUPLICATE STMT FEE ██6063 TO EI-XXXXXXXXXXXX0000 | | 5.00 | |

## • Check Transactions

| Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|
| 1111 | 01/08 | 600.00 | 1111 | 01/15 | 1,300.00 |
| 1111 | 01/23 | 7,000.00 | 1111 | 01/29 | 6.00 |
| 1111 | 01/29 | 4,000.00 | 1111 | 01/30 | 500.00 |
| 2970* | 01/22 | 100.00 | 2971 | 01/23 | 220.00 |
| 3166* | 01/09 | 150.00 | 3350* | 01/23 | 134.94 |
| 3405* | 01/24 | 300.00 | 3406 | 01/25 | 250.00 |
| 3408* | 01/29 | 550.00 | 3484* | 01/08 | 214.48 |
| 3512* | 01/09 | 1,150.00 | 3515* | 01/29 | 350.00 |
| 3516 | 01/07 | 500.00 | 3517 | 01/11 | 501.00 |
| 3518 | 01/18 | 500.00 | 3519 | 01/25 | 501.00 |
| 3522* | 01/14 | 301.00 | 3523 | 01/28 | 301.00 |
| 3524 | 01/16 | 300.00 | 3525 | 01/23 | 200.00 |
| 3528* | 01/18 | 158.00 | 3529 | 01/17 | 1,050.00 |
| 3536* | 01/07 | 400.00 | 3540* | 01/17 | 205.00 |
| 3552* | 01/28 | 3,006.00 | 3554* | 01/29 | 725.00 |
| 3557* | 01/29 | 150.00 | 3601* | 01/02 | 650.00 |
| 3612* | 01/14 | 32.42 | 3613 | 01/09 | 150.00 |
| 3615* | 01/16 | 500.00 | 3644* | 01/07 | 4,000.00 |
| 3645 | 01/24 | 100.00 | 3647* | 01/24 | 200.98 |
| 3648 | 01/22 | 2,500.00 | 3649 | 01/23 | 240.00 |
| 3651* | 01/24 | 3,000.00 | | | |

## • Balance By Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 12/31 | 6,727.58 | 01/02 | 5,065.65 | 01/04 | 5,420.65 | 01/07 | 444.67- |
| 01/08 | 1,571.53 | 01/09 | 703.72 | 01/10 | 1,178.72 | 01/11 | 677.72 |
| 01/14 | 278.29 | 01/15 | 2,260.64 | 01/16 | 2,504.45 | 01/17 | 512.85 |
| 01/18 | 845.15- | 01/22 | 6,732.67 | 01/23 | 48.65 | 01/24 | 325.02 |
| 01/25 | 1,373.98- | 01/28 | 3,194.49- | 01/29 | 716.15 | 01/30 | 4,315.40 |
| 01/31 | 3,659.43 | | | | | | |

5/14 03-13-2019 02:11:30 p.m. GUARANTY STATE BANK 785

Account: ●●6063

01/08/2019 $600.00

01/10/2019 $1,400.00

01/15/2019 $4,000.00

01/22/2019 $11,301.74

01/23/2019 $200.00

01/28/2019 $1,300.00

01/29/2019 $716.94

01/29/2019 $3,650.00

01/29/2019 $4,500.00

01/30/2019 $1,000.00

01/08/2019 1111 $600.00

01/15/2019 1111 $1,300.00

03-13-2019 02:11:49 p.m. GUARANTY STATE BANK 785 6/14

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3512
Jan. 7-19 Date
Pay to the Order of Prairie Grass Outfitters $ 1150.00
One thousand one hundred and fifty dollars Dollars
The Guaranty
For Adv
⑆101101879⑆ [redacted] 3512
01/09/2019 3512 $1,150.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3522
Jan. 10-19 Date
Pay to the Order of Willow Spring $ 301.00
three hundred and one dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3522
01/14/2019 3522 $301.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3515
Date
Pay to the Order of Phil McFeller $ 350.00
three hundred and fifty dollars Dollars
The Guaranty
For Pantage
⑆101101879⑆ [redacted] 3515
01/29/2019 3515 $350.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3523
Jan. 28 Date
Pay to the Order of Willow Springs $ 301.00
three hundred and one dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3523
01/28/2019 3523 $301.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3516
Jan. 4-19 Date
Pay to the Order of Frasier & Johnson $ 500.00
Five hundred dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3516
01/07/2019 3516 $500.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3524
Jan. 6-19 Date
Pay to the Order of Dan Rader $ 300.00
three hundred dollars Dollars
The Guaranty
For [illegible]
⑆101101879⑆ [redacted] 3524
01/16/2019 3524 $300.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3517
Jan. 11 Date
Pay to the Order of Frasier & Johnson $ 501.00
Five hundred and one dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3517
01/11/2019 3517 $501.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3525
Jan. 8-19 Date
Pay to the Order of Erik Hofts $ 200.00
two hundred dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3525
01/23/2019 3525 $200.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3518
Jan. 18-19 Date
Pay to the Order of Frasier & Johnson $ 501.00
Five hundred dollars Dollars
AMOUNT PAID 500 DOLLARS CENTS
The Guaranty
For
⑆101101879⑆ [redacted] 3518
01/18/2019 3518 $500.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3528
16 JAN 2019 Date
Pay to the Order of Republic County District Court $ 158.50
one hundred fifty eight dollars and fifty cents Dollars
The Guaranty
For Registration
⑆101101879⑆ [redacted] 3528
01/18/2019 3528 $158.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3519
Jan. 25-19 Date
Pay to the Order of Frasier & Johnson $ 501.00
Five hundred and one dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3519
01/25/2019 3519 $501.00

RADER LODGE, INC.
2174 HWY 128
GLEN ELDER, KS 67446
3529
Jan. 13-19 Date
Pay to the Order of Washington County Treasurer $ 1050.00
One thousand and fifty dollars Dollars
The Guaranty
For
⑆101101879⑆ [redacted] 3529
01/17/2019 3529 $1,050.00

7/14 03-13-2019 02:12:24 p.m. GUARANTY STATE BANK 785

RADER LODGE, INC.
GLEN ELDER, KS
3648
Jan. 18-19
Pay to the Order of: Special
$ 2500.00
Two Thousand Five hundred dollars
For: Bldg
3648

01/22/2019 3648 $2,500.00

RADER LODGE, INC.
GLEN ELDER, KS
3649
Jan 22-19
Pay to the Order of: B. P. Specialties
$ 240.00
Two hundred and forty dollars
3649

01/23/2019 3649 $240.00

RADER LODGE, INC.
GLEN ELDER, KS
3651
Jan. 25-19.
Pay to the Order of: Hutchison Law Firm.
$ 3000.00
Three thousand dollars
17904-1.0 TRUST
3651

01/24/2019 3651 $3,000.00

785-738-3501
or Toll Free
888-738-8000

Statement Date: 02-28-19
Page #:1 of 8

GSB 1 RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

*** CHECKING *** BUSINESS E-CHECKING

| | | | |
|---|---|---|---|
| Account Number: | [redacted]6063 | Enclosures | 48 |
| February 01, 2019 | | $ | 3,659.43 |
| Total Deposits and Credits: | 32 | + | 25,992.22 |
| Total Checks and Debits: | 94 | - | 24,207.75 |
| Ending balance on February 28, 2019 | | $ | 5,443.90 |
| Number of days in this statement period: 27 | | | |

- **ACH / ATM or Miscellaneous Transactions**

| Date | Description | Debits | Credits |
|---|---|---|---|
| 02/01 | AC-Synchrony Bank -CC PYMT | 200.00 | |
| 02/04 | POS REFUND 02/04 GLF*GC Am Tour 813-2632571 FL | | 100.00 |
| 02/04 | DEPOSIT | | 500.00 |
| 02/04 | AC-Solstice SolsticeJEFF RADER | 41.35 | |
| 02/04 | AC-RADER LODGE INC -TRANSFERRA DER LODGE/COMMERCE BANK | 125.00 | |
| 02/04 | AC-CAPITAL ONE -MOBILE PMT | 200.00 | |
| 02/04 | AC-BARCLAYCARD US -CREDITCARD | 350.00 | |
| 02/04 | POS DEBIT 02/03 7-ELEVEN NAPLES FL | 20.00 | |
| 02/04 | POS DEBIT 02/03 PUBLIX SUPER MAR 13550 INAPLES FL | 53.26 | |
| 02/04 | POS DEBIT 02/03 MARSHALLS #0176 NAPLES FL | 72.72 | |
| 02/04 | POS DEBIT 02/03 SYB DICKS SPORTING 67166NAPLES FL | 195.77 | |
| 02/04 | CKCD DEBIT 02/02 3PLAINS 612-7162060 MN | 430.73 | |
| 02/05 | MOBILE DEPOSIT | | 500.00 |
| 02/05 | MOBILE DEPOSIT | | 700.00 |
| 02/05 | OVERDRAFT FEES | 25.00 | |
| 02/05 | AC-PROG DIRECT INS -INS PREM | 100.67 | |
| 02/05 | ACH ORIGINATION FEE [redacted]6063 TO EI-XXXXXXXXXXXX0000 | 10.00 | |
| 02/06 | AC-Square Inc -190206P2 | | 659.85 |
| 02/06 | AC-CAPITAL ONE -MOBILE PMT | 150.00 | |
| 02/06 | AC-HARLAND CLARKE -CHK ORDER | 178.24 | |
| 02/06 | AC-FPL DIRECT DEBIT-ELEC PYMT | 262.90 | |
| 02/06 | AC-BARCLAYCARD US -CREDITCARD | 300.00 | |

Statement Date: 02-28-19
Page #:2 of 8

RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

## ACH / ATM or Miscellaneous Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 02/07 | AC-Square Inc -190207P2 | | 3,959.85 |
| 02/07 | OVERDRAFT FEES | 25.00 | |
| 02/07 | AC-TJX Rewards MC -TJX EPAY | 150.00 | |
| 02/08 | AC-BARCLAYCARD US -CREDITCARD | 250.00 | |
| 02/11 | MOBILE DEPOSIT | | 200.00 |
| 02/11 | MOBILE DEPOSIT | | 800.00 |
| 02/11 | AC-Square Inc -190211P2 | | 5,052.51 |
| 02/11 | WTHDRL ODA 3492 02/09 09:46 5/3 BK RACE TRAC NAPLES FL | 202.50 | |
| 02/11 | AC-GEICO -GEICO PYMT | 123.65 | |
| 02/11 | POS DEBIT 02/08 WAL Wal-Mart Super 02262NAPLES FL | 43.77 | |
| 02/11 | CKCD DEBIT 02/08 VALENCIA GOLF AND COUNTRNAPLES FL | 10.00 | |
| 02/11 | CKCD DEBIT 02/09 RACETRAC 2439 00024398 NAPLES FL | 17.21 | |
| 02/11 | CKCD DEBIT 02/09 SXM*SIRIUS XM.COM/ACCT 888-635-5144 NY | 69.11 | |
| 02/11 | CKCD DEBIT 02/08 ALICO FAMI LY GOLF CENTERFORT MYERS FL | 83.00 | |
| 02/12 | AC-COMCAST 8535100 -410953942 | 100.32 | |
| 02/12 | AC-DISCOVER -E-PAYMENT | 150.00 | |
| 02/12 | AC-THE GERBER GROUP-PURCHASE CITY-ESTE ST-FL CK-000002586 NUMBER 0000002586 | 500.00 | |
| 02/12 | CKCD DEBIT 02/11 DONOVANS IRISH PUB LAKE CITY FL | 55.74 | |
| 02/13 | AC-CASEYS GEN STORE-5159656100 CK-00003616 | 48.27 | |
| 02/13 | AC-CAPITAL ONE -ONLINE PMT | 250.00 | |
| 02/13 | AC-BARCLAYCARD US -CREDITCARD | 350.00 | |
| 02/13 | CKCD DEBIT 02/12 PRAIRIE LAND ELECTRIC 785-877-3323 KS | 1,077.96 | |
| 02/14 | AC-DIRECTV -Payment | 288.74 | |
| 02/14 | CKCD DEBIT 02/12 PALENCIA GOLF CLUB ST AUGUSTINE FL | 12.54 | |
| 02/14 | CKCD DEBIT 02/12 PALENCIA GOLF CLUB ST AUGUSTINE FL | 58.58 | |
| 02/14 | CKCD DEBIT 02/12 AMERICAN AIR0017208254 75FORT WORTH TX | 227.00 | |
| 02/15 | POS REFUND 02/15 GLF*GC Am Tour 813-2632571 FL | | 105.00 |
| 02/15 | AC-CASEYS GEN STORE-5159656100 CK-00003619 | 41.72 | |
| 02/15 | AC-CASEYS GEN STORE-5159656100 CK-00003620 | 52.28 | |

GUARANTY STATE BANK 785
02:13:53 p.m. 03-13-2019 10/14

Statement Date: 02-28-19
Page #:3 of 8

RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

## ACH / ATM or Miscellaneous Transactions

| Date | Description | | Debits | Credits |
|---|---|---|---|---|
| 02/15 | AC-CAPITAL ONE | -ONLINE PMT | 250.00 | |
| 02/15 | AC-CAPITAL ONE | -ONLINE PMT | 300.00 | |
| 02/19 | MOBILE DEPOSIT | | | 1,200.00 |
| 02/19 | AC-Square Inc | -190218P2 | | 309.22 |
| 02/19 | AC-Square Inc | -190218P2 | | 618.44 |
| 02/19 | WTHDRL DDA 7656 02/16 13:49 PUBLIX SUPER MAR NAPLES FL | | 202.95 | |
| 02/19 | AC-CASEYS GEN STORE-5159656100 CK-00003621 | | 50.00 | |
| 02/19 | AC-CUNNINGHAMTELCO | -BILLPAY | 105.40 | |
| 02/19 | AC-Synchrony Bank | -CC PYMT | 200.00 | |
| 02/19 | AC-ACHMA VISB | -BILL PYMNT | 250.00 | |
| 02/19 | AC-BARCLAYCARD US | -CREDITCARD | 350.00 | |
| 02/19 | CKCD DEBIT 02/16 AMERICAN AIR001729848441FORT WORTH TX | | 361.00 | |
| 02/20 | AC-BELOIT COUNTRY C-DUES | | 113.07 | |
| 02/21 | MOBILE DEPOSIT | | | 1,000.00 |
| 02/22 | WTHDRL DDA 6529 02/22 08:07 LOVES TS #608 ATM #1 MCPHER KS | | 103.95 | |
| 02/22 | AC-1872 Extra Space-PAYMENT | | 119.28 | |
| 02/22 | AC-CAPITAL ONE | -ONLINE PMT | 250.00 | |
| 02/22 | AC-BARCLAYCARD US | -CREDITCARD | 300.00 | |
| 02/25 | MOBILE DEPOSIT | | | 1,000.00 |
| 02/25 | AC-NCKCN PAYMENTNCKCN | - | 44.00 | |
| 02/25 | AC-DUNSTAN WASTE SO- PAYMENTDUNSTAN WASTE SOLUTIONS | | 53.00 | |
| 02/25 | AC-NCKCN PAYMENTNCKCN | - | 139.00 | |
| 02/25 | AC-Synchrony Bank | -CC PYMT | 150.00 | |
| 02/25 | AC-ACHMA VISB | -BILL PYMNT | 176.60 | |
| 02/25 | AC-NCKCN PAYMENTNCKCN | - | 219.00 | |
| 02/25 | AC-Square Inc | -190225P2 | 1,031.25 | |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | MOBILE DEPOSIT | | | 500.00 |
| 02/26 | OVERDRAFT FEES | | 50.00 | |
| 02/26 | AC-GEICO | -GEICO PYMT | 93.99 | |
| 02/26 | AC-CAPITAL ONE | -ONLINE PMT | 200.00 | |
| 02/26 | AC-CAPITAL ONE | -ONLINE PMT | [illegible] | |



GUARANTY STATE BANK 785
03-13-2019 02:14:13 p.m. 11/14

Statement Date: 02-28-19
Page #:4 of 8

RADER LODGE INC
C/O WASHINGTON COUNTY TAX & ACCOUNTING
201 C STREET
WASHINGTON KS 66968

## ACH / ATM or Miscellaneous Transactions

| Date | Description | | Debits | Credits |
|---|---|---|---|---|
| 02/26 | AC-BARCLAYCARD US | -CREDITCARD | 300.00 | |
| 02/27 | AC-Square Inc | -190227P2 | | 412.35 |
| 02/27 | CKCD DEBIT 02/26 *INTERNATION 402-935-7733 CA | PAYPAL | 88.85 | |
| 02/28 | MOBILE DEPOSIT | | | 100.00 |
| 02/28 | MOBILE DEPOSIT | | | 300.00 |
| 02/28 | MOBILE DEPOSIT | | | 300.00 |
| 02/28 | MOBILE DEPOSIT | | | 300.00 |
| 02/28 | MOBILE DEPOSIT | | | 375.00 |
| 02/28 | MOBILE DEPOSIT | | | 500.00 |
| 02/28 | MOBILE DEPOSIT | | | 1,500.00 |
| 02/28 | MOBILE DEPOSIT | | | 1,500.00 |
| 02/28 | AC-NFM | -PAYMENT | 219.93 | |
| 02/28 | DUPLICATE STMT FEE [redacted]6063 TO EI-XXXXXXXXXXXX0000 | | 5.00 | |

## Check Transactions

| Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|
| | 02/06 | 76.39 | | 02/15 | 528.50 |
| | 02/27 | 500.00 | | 02/27 | 500.00 |
| 1111* | 02/05 | 725.00 | 1111 | 02/08 | 900.00 |
| 1111 | 02/13 | 955.25 | 1111 | 02/19 | 250.00 |
| 2587* | 02/27 | 200.00 | 2972* | 02/20 | 210.00 |
| 3167* | 02/11 | 100.00 | 3168 | 02/21 | 75.00 |
| 3169 | 02/27 | 75.00 | 3353* | 02/25 | 500.00 |
| 3409* | 02/07 | 200.00 | 3532* | 02/20 | 1,250.00 |
| 3541* | 02/20 | 205.00 | 3558* | 02/07 | 210.00 |
| 3617* | 02/15 | 380.31 | 3618 | 02/12 | 200.00 |
| 3622* | 02/20 | 200.00 | 3623 | 02/27 | 200.00 |
| 3652* | 02/04 | 1,500.00 | 3653 | 02/04 | 1,350.00 |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/31 | 3,659.43 | 02/01 | 3,459.43 | 02/04 | 279.40- | 02/05 | 59.93 |
| 02/06 | 247.75- | 02/07 | 3,127.10 | 02/08 | 1,977.10 | 02/11 | 7,380.37 |
| 02/12 | 6,374.31 | 02/13 | 3,692.83 | 02/14 | 3,105.97 | 02/15 | 1,658.16 |
| 02/19 | 2,016.47 | 02/20 | 38.40 | 02/21 | 963.40 | 02/22 | 190.17 |
| 02/25 | 1,122.68- | 02/26 | 1,945.33 | 02/27 | 793.83 | 02/28 | 5,443.90 |