Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _March 2019_     Date report filed: _04/22/2019_
MM / DD / YYYY

Line of business: _Rader Lodge Inc._     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party _/s/ Jeff Rader_

Printed name of responsible party _Jeff Rader_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name Rader Lodge, Inc.    Case number 19-10128-11

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. Total opening balance of all accounts    $ 5443.90

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. Total cash receipts    $ 15,469.01

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

21. Total cash disbursements    − $ 18,565.40

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

22. Net cash flow    + $ −3096.39

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. Cash on hand at the end of the month    = $ 2347.90 ~~2347.44~~ 5000.00 Cash on hand ~~7347.64~~ 7347.90

Add line 22 + line 19. Report the result here.
Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. Total payables    $ 0
    (Exhibit E)

Debtor Name Rader Lodge, Inc.   Case number 19-10128-11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables     $ 0
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    1
27. What is the number of employees as of the date of this monthly report?   1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?   $ _____
31. How much have you paid in total other professional fees since filing the case?   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected | − | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts  15,000 | $ ~~17,000~~ 15,000 | − | $ 15,469.00 | = | $ +469 |
| 33. Cash disbursements 10,000 | $ ~~17,945~~ 14,965 | − | $ 18,565.40 | = | $ −856,540 |
| 34. Net cash flow | $ ~~1,055.00~~ 34/39 | | $ −3096.39 | = | $ −4100 |

35. Total projected cash receipts for the next month:     $ 24,000
36. Total projected cash disbursements for the next month:   − $ 17,945
37. Total projected net cash flow for the next month:    = $ 6,055.0

Official Form 425C   Monthly Operating Report for Small Business Under Chapter 11   page 3

Case 19-10128   Doc# 61   Filed 04/22/19   Page 3 of 12

Debtor Name Rader Lodge, Inc.  Case number 19-10128-11

##  8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

# Exhibit D

| | | |
|---|---|---|
| debit | 202.50 | Cash |
| Caseys | 50.01 | Gas |
| Geico | 254.69 | Insurance |
| Wages | 125.00 | wages |
| debit | 46.15 | gas |
| Origination | 10.00 | ? |
| Solstace | 41.35 | Insurance |
| | 125 | Wages (Jeff) |
| Debit | ~~300.00~~ 203 | wages |
| Ins. | 100.63 | Progressive |
| Check | 502.00 | repairs on boats |
| Check | 75.00 | Dog Care |
| Check | 200.00 | Jesse Wage |
| Check | 210.00 | wages |
| debit | 20.00 | stop payment on Florida power and light |
| debit | 40.15 | gas |
| Check | 149.00 | Lodge cleaning School |
| ach. | 350.00 | Cap. one Gas |
| ach. | 609.00 | deer feeders |
| ach. | 307.90 | Insurance |
| Check | 950.00 | Wages to Jeff for Rent |
| Check | 900.00 | Wages |
| debit | 62.50 | gas |
| debit | 50.80 | Repairs |
| debit | ~~~~6242 | Office supplies, Radio |
| ach. | 69.11 | Website work |
| ach. | 430.73 | wage |
| ach. | 202.50 | |
| debit | 22.46 | gas |
| debit | 159.34 | deerfeeder |
| | 95.17 | |

March 1 Balance 6066.25
March 31 - Bales 2347.51
Cash on hand 5000.00

| | | |
|---|---|---|
| march.12 - debit | 100.12 | office |
| check | 200.00 | Jesse wage |
| ach. | 52.44 | Dogfood (chewy) |
| check | $75 | dog care Aaron Whose |
| debit | 181.01 | Bass Pro |
| debit | 48.87 | gas |
| Debit | 585.00 | American (Heating) Airlines |
| debit | 80.00 | Jeff Atice personal contes |
| Check | 502.00 | Wallede Boats repairs |
| Check | 800 | wages |
| Check | 1111 | Lease payment Trailer |
| debit | 202.50 | wage |
| debit | 30.00 | entertain michael Whitchan |
| debit | 38.47 | gas |
| ach. | 98.47 | office Internet |
| ach. | 200 | cell service |
| ach. | 250 | T.V. lodge |
| ach. | 250 | lease |
| Debit | 1049.00 | Prairie land electric (power) |
| ach. | 179.22 | Insurance |
| debit | 185.00 | dogs |
| Check | 75.00 | washington county tax |
| Check | 205.00 | |
| Ach. | 119.00 | rent on storage (Sports Show) |
| debit | 103.00 | Diesel |
| ach. | 44 | AC Heleen payment ? |
| ach. | 53 | trash |
| ach. | 139 | AC Heleen payment ? |
| ach. | 219 | AC Heleen payment |
| ach. | 350 | Barclay card |
| Check | 200 | Jesse wages |
| check | 500 | truck lease |
| check | 725 | wages |
| debit 102.50 | | wage unlimited deer ? |




# STATEMENT OF ACCOUNT
785-738-3501
or Toll Free

| BELOIT | BURR OAK | ESBON | GLEN ELDER | JAMESTOWN | JEWELL | ROSSVILLE | SMITH CENTER |
|---|---|---|---|---|---|---|---|
| | 101 S Main | 501 Grand | 101 S. Mill | 301 Walnut St. | 120 S. Wash. | 133 W. Anderson | 133 S. Main |
| | | 785-725-3263 | 785-545-3211 | 785-439-0224 | 785-428-3241 | 888-738-8000 | 785-282-6641 |

Statement Date: 03-31-19
Page #:1 of 7

RADER LODGE INC
2174 HWY 128
GLEN ELDER KS 67446

*** CHECKING *** BUSINESS E-CHECKING
Account Number: ████6063
March 31, 2019

| | | |
|---|---|---|
| Total Deposits and Credits: | 16 | |
| Total Checks and Debits: | 82 | |

Ending balance on March 31, 2019
Number of days in this statement period: 30

Enclosures 29

|   |             |
|---|-------------|
| $ | 5,443.90    |
| - | 15,469.01   |
| - | 18,565.40   |
| $ | 2,347.51    |

## • ACH / ATM or Miscellaneous Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 03/01 | AC-Square Inc -190301P2 | | 824.85 |
| 03/01 | WTHDRL DDA 5001 03/01 07:30 5/3 BK RACE TRAC NAPLES FL | 202.50 | |
| 03/01 | AC-CASEYS GEN STORE-6159665000 CHECK#-3624 | 50.01 | |
| 03/04 | AC-DEBIT -PREM COLL | 254.55 | |
| 03/04 | AC-COFEEPOS DONATION-JEFF RADER | 41.36 | |
| 03/04 | AC-RADER LODGE INC. TRANSFER-A RADER LODGE COMMERCE BANK | 125.00 | |
| 03/04 | CKCD DEBIT 03/02 RACETRAC 2426 NAPLES FL | 45.05 | |
| 03/04 | ACH ORIGINATION FEE 1306063 TO EI-XXXXXXXXXXX0000 | 13.50 | |
| 03/05 | WTHDRL DDA 8643 03/04 16:22BANKUNITED NAPLES FL | 203.00 | |
| 03/05 | AC-PROG DIRECT INS -INS PREM | 100.63 | |
| 03/06 | STOP PAYMENT | 20.00 | |
| 03/05 | AC-FPL DIRECT DEBIT-ELEC PYMT | 229.26 | |
| 03/07 | DEPOSIT | | 229.26 |
| 03/07 | DEPOSIT | | 500.00 |
| 03/07 | AC-CAPITAL ONE -ONLINE PMT | 350.00 | |
| 03/07 | AC-Credit One Bank -Payment | 609.95 | |
| 03/07 | CKCD DEBIT 03/06 URIKA OIL, INC. NAPLES FL | 40.16 | |
| 03/07 | CKCD DEBIT 03/06 EB HOW TO CLEAN POLIS 888-810-2063 CA | 149.00 | |
| 03/08 | AC-Square Inc -190308P2 | | 824.85 |
| 03/08 | RETURNED DEPOSITED ITEM FEE | 5.00 | |
| 03/08 | RETURNED DEPOSITED ITEM 1350 HOWARD EYRICH | 375.00 | |

 

# STATEMENT OF ACCOUNT

| ELLIOTT | BURR OAK | ESBON | GLEN ELDER | JAMESTOWN | JEWELL | ROSSVILLE-LPO | SMITH CENTER |
|---|---|---|---|---|---|---|---|
| 121 S. Mill | 121 S. Main | 301 Grand | 101 S. Mill | 301 Walnut St. | 120 S. Wash. | 152 W. Anderson | 133 S. Main |
| 785-725-3510 | 785-647-6421 | 785-725-3668 | 785-545-3211 | 785-439-6224 | 785-428-3241 | 888-788-5000 | 785-282-6841 |

Statement Date: 03-31-19
Page #:2 of 7

RADER LODGE INC
2174 HWY 128
GLEN ELDER KS 67446

## ACH / ATM or Miscellaneous Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 03/08 | CKCD DEBIT 03/06 THE GENERA L 800-293-1456BRG-2901456 TN | 307.90 | |
| 03/11 | WTHDRL DDA 5455 03/08 07:18 5/3 BK RACE TRAC NAPLES FL | 62.50 | |
| 03/11 | AC-CASEYS GEN STORE-6185555100 CHECK# 3626 | 65.21 | |
| 03/11 | POS DEBIT 03/08 AUTOZONE 4992 NAPLES FL | 50.88 | |
| 03/11 | POS DEBIT 03/08 CVS/PHARMA CY #04 04735--NAPLES FL | 52.42 | |
| 03/11 | CKCD DEBIT 03/08 AUTOZONE 4992 NAPLES FL | 42.24 | |
| 03/11 | CKCD DEBIT 03/09 SXM*SIRIUS XM.COM/ACCT 888-635-5144 NY | 69.11 | |
| 03/11 | CKCD DEBIT 03/08 3PLAINS 612-7162060 MN | 430.73 | |
| 03/12 | AC-Square Inc -190312P2 | | 3,916.45 |
| 03/12 | WTHDRL DDA 2337 03/12 06:14 5/3 BK RACE TRAC NAPLES FL | 202.50 | |
| 03/12 | AC-COMCAST SERVICE -400685942 | 110.12 | |
| 03/12 | AC-DIRECTV -Payment | 223.09 | |
| 03/12 | POS DEBIT 03/11 RPI#4 011 1N1 NAPLES FL | 20.46 | |
| 03/12 | POS DEBIT 03/11 PUBLIX SUPER MAR 13550 NAPLES FL | 155.06 | |
| 03/13 | CKCD DEBIT 03/13 CHEWY.COM 800-672-4399 FL | 52.64 | |
| 03/14 | MOBILE DEPOSIT | | 500.00 |
| 03/14 | MOBILE DEPOSIT | | 500.00 |
| 03/14 | MOBILE DEPOSIT | | 500.00 |
| 03/14 | MOBILE DEPOSIT | | 855.00 |
| 03/14 | AC-Square Inc -190314P2 | | 624.85 |
| 03/14 | AC-CAPITAL ONE ONLINE PMT | 300.00 | |
| 03/14 | POS DEBIT 03/13 BASS PRO STORE FORT MY FORT MYERS FL | 181.01 | |
| 03/14 | CKCD DEBIT 03/12 RACETRAC 2323 00023234 FT MYERS FL | 48.27 | |
| 03/14 | CKCD DEBIT 03/12 AMERICAN AIR001720857498FORT WORTH TX | 585.00 | |
| 03/15 | CKCD DEBIT 03/13 ALICO FAMI LY GOLF CENTERFORT MYERS FL | 80.00 | |
| 03/18 | AC-Square Inc -190318P2 | | 1,649.85 |
| 03/18 | WTHDRL DDA 2473 03/16 04:58 5/3 BK RACE TRAC NAPLES FL | 202.50 | |
| 03/18 | AC-CUNNINGHAM-E100-10112PAY | | |
| 03/18 | AC-ACHMA VISB -BILL PYMNT | 200.00 | |

 

# STATEMENT OF ACCOUNT

**A FULL SERVICE BANK**

| BELOIT | BURR OAK | ESBON | GLEN ELDER | JAMESTOWN | JEWELL | ROSSVILLE-LPO | SMITH CENTER |
|---|---|---|---|---|---|---|---|
| | 126 S Main | 501 Grand | 101 S. Mill | 301 Walnut St. | 120 S. Wash. | 152 W. Anderson | 133 S. Main |
| 785-738-0000 | 785-647-6621 | 785-725-3683 | 785-545-3211 | 785-439-6224 | 785-428-3241 | 888-738-8000 | 785-282-6641 |

Statement Date: 03-31-19
Page #:3 of 7

RADER LODGE INC
221 E HWY 128
GLEN ELDER KS 67446

### ACH / ATM or Miscellaneous Transactions

| Date | Description | Debits | Credits |
|---|---|---|---|
| 03/18 | AC-Synchrony Bank | 61.00 | |
| 03/18 | CKCD DEBIT 03/16 EVERGLADES PARK PASS EGOV.COM FL | 30.00 | |
| 03/18 | CKCD DEBIT 03/16 TEXACO 0054031 NAPLES FL | 38.47 | |
| 03/19 | AC-Square Inc -190319P2 | | 618.60 |
| 03/19 | CKCD DEBIT 03/18 PRAIRIE LAND ELECTRIC 785-877-3323 KS | 1,545.42 | |
| 03/20 | WTHDRL DDA 3405 03/20 12:46 CASEY'S BELOIT #27 BELOIT KS | 103.00 | |
| 03/20 | AC-BELOIT COUNTRY C-DUES | 113.07 | |
| 03/21 | CKCD DEBIT 03/19 THE GENERAL 800-280-1466800-2801466 TN | 179.22 | |
| 03/21 | CKCD DEBIT 03/19 KCI AIRPORT 877-3323901 MO | 195.00 | |
| 03/22 | AC-Square Inc -190322P2 | | 288.60 |
| 03/22 | AC-1872 Extra Space-PAYMENT | 119.28 | |
| 03/25 | AC-Square Inc -190325P2 | | 824.70 |
| 03/25 | DEPOSIT | | 2,165.00 |
| 03/25 | WTHDRL DDA 9065 03/23 12:15 CASEY'S BELOIT #27 BELOIT KS | 103.00 | |
| 03/25 | AC-NCKCN PAYMENTNCKCN | 44.00 | |
| 03/25 | AC-DUNSTAN WASTE SO-PAYMENTDUNSTAN WASTE SOLUTIONS | 53.00 | |
| 03/25 | AC-NCKCN PAYMENTNCKCN | 139.00 | |
| 03/25 | AC-NCKCN PAYMENTNCKCN | 219.00 | |
| 03/25 | AC-BARCLAYCARD US -CREDITCARD | 350.00 | |
| 03/28 | WTHDRL DDA 2627 03/27 18:27 5/3 BK RACE TRAC NAPLES FL | 102.50 | |
| 03/28 | WTHDRL DDA 0836 03/27 19:42 5/3 BK RACE TRAC FORT MYERS FL | 102.50 | |
| 03/28 | POS DEBIT 03/28 NST THE HOME DEPOT 6605BONITA SPRING FL | 95.67 | |
| 03/29 | AC-GEICO -GEICO PYMT | 93.99 | |
| 03/29 | POS DEBIT 03/28 PUBLIX SUPER MAR 13550 INAPLES FL | 8.19 | |
| 03/29 | CKCD DEBIT 03/27 RACETRAC 2439 00024398 NAPLES FL | 63.28 | |

### Check Transactions

| Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|

 

# STATEMENT OF ACCOUNT

**the Guaranty** STATE BANK & TRUST CO.

BELOIT · BURR OAK · ESBON · GLEN ELDER · JAMESTOWN · JEWELL · ROSSVILLE-LPO · SMITH CENTER

Statement Date: 03-31-19
Page #: 4 of 7

RADER LODGE INC
2174 HWY 128
GLEN ELDER KS 67446

## Check Transactions

| Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|
| 1111 | 03/08 | 860.00 | 1111 | 03/11 | 81.00 |
| 1111 | 03/08 | 250.00 | 3585* | 03/01 | 125.00 |
| 1873* | 03/05 | 250.00 | 3155* | 03/08 | 900.00 |
| 1156 | 03/05 | 800.00 | 1170* | 03/05 | 75.00 |
| 3177 | 03/13 | 75.00 | 3072 | 03/21 | 75.00 |
| 3364* | 03/27 | 130.00 | 3356* | 03/19 | 600.00 |
| 3367 | 03/26 | 836.00 | 3533* | 03/18 | 1,250.00 |
| 3635* | 03/25 | 562.00 | 3637* | 03/15 | 502.00 |
| 3642* | 03/21 | 205.00 | 3625* | 03/05 | 200.00 |
| 3627* | 03/12 | 200.00 | 3628 | 03/19 | 200.00 |
| 3629 | 03/26 | 200.00 | 3960* | 03/26 | 725.00 |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 02/28 | 5,443.90 | 03/01 | 5,636.55 | 03/04 | 5,414.05 | 03/05 | 4,333.42 |
| 03/06 | 3,874.16 | 03/07 | 3,454.32 | 03/08 | 1,741.27 | 03/11 | 886.66 |
| 03/12 | 3,887.64 | 03/13 | 3,760.00 | 03/14 | 6,270.57 | 03/15 | 4,888.57 |
| 03/18 | 4,466.71 | 03/19 | 2,557.91 | 03/20 | 2,771.64 | 03/21 | 2,117.62 |
| 03/22 | 2,896.93 | 03/25 | 4,366.64 | 03/26 | 2,543.64 | 03/27 | 2,813.64 |
| 03/28 | 2,512.97 | 03/29 | 2,347.65 | | | | |

Account: ####6063

| Date | Amount |
|---|---|
| 03/07/2019 | $219.26 |
| 03/25/2019 | $2,165.00 |
| 03/07/2019 | $500.00 |
| 03/28/2019 1111 | $950.00 |
| 03/14/2019 | $500.00 |
| 03/11/2019 1111 | $81.00 |
| 03/14/2019 | $500.00 |
| 03/19/2019 1111 | $250.00 |
| 03/14/2019 | $900.00 |
| 03/01/2019 2585 | $125.00 |
| 03/14/2019 | $900.00 |
| 03/06/2019 2973 | $210.00 |

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 3155 | 03/08/2019 | Jeff / Calve Rader | $900.00 |
| 3156 | 03/15/2019 | Lissette Rader | $800.00 |
| 3170 | 3-4-19 | (illegible) | (illegible) |
| 3171 | 03/13/2019 | R. Wilcox | $75.00 |
| 3172 | 03/21/2019 | R. Wilcox | $75.00 |
| 3354 | 03/27/2019 | York Hampton | $130.00 |
| 3356 | 03/19/2019 | Salve Rader | $600.00 |
| 3357 | 03/26/2019 | Salve Rader | $500.00 |
| 3523 | March 5 | (illegible) | (illegible) |
| 3535 | 03/05/2019 | Wanda Boats | $502.00 |
| 3537 | 03/15/2019 | Rebecca Wanda Boats | $502.00 |
| 3542 | 03/21/2019 | Washington County Tax | $205.00 |



03/05/2019  3625  $200.00
03/12/2019  3627  $200.00
03/19/2019  3628  $200.00
03/26/2019  3629  $200.00
03/26/2019  3960  $725.00